No. 73–1210. INTERSTATE COMMERCE COMMISSION *v.* OREGON PACIFIC INDUSTRIES, INC., ET. AL. Appeal from D. C. Ore. Motion of Western Railroad Traffic Assn. for leave to file a brief as *amicus curiae* granted. Probable jurisdiction noted.

No. 73–1290. UNITED STATES *v.* ITT CONTINENTAL BAKING Co. C. A. 10th Cir. Certiorari granted.

No. 73–765. INTERNATIONAL LADIES' GARMENT WORKERS' UNION, UPPER SOUTH DEPARTMENT, AFL–